COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WINIFRED B. SEGHERS, | § | No. 08-10-00308-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| CITIBANK (SOUTH DAKOTA), N.A., | § | of Travis County, Texas |
| Appellee. | § | (TC# C-1-CV-09-008479) |
| | § | |

**MEMORANDUM  OPINION**

Pending before the Court is a joint motion to dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(2).  The parties request that the appeal be dismissed because they have reached a settlement agreement.  We grant the motion and dismiss the appeal.  As requested in the motion, costs are taxed against Appellant.


GUADALUPE RIVERA, Justice

November 30, 2010

Before Chew, C.J., McClure, and Rivera, JJ.